FILED
September 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:12MJ00219-GGH
    Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ALLAN JAMES JOHNSTON, )
)
    Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Allan James Johnston  , Case No. 2:12mj00219-GGH  , Charge  18USC § 1028(a)(7)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

 __   Unsecured Appearance Bond

 __   Appearance Bond with 10% Deposit

 __   Appearance Bond with Surety

 __   Corporate Surety Bail Bond

 __   (Other)    Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 4, 2012  at  2:00 pm  .

By   /s/Gregory G. Hollows
     Gregory G. Hollows
     United States Magistrate Judge

Court's Copy