JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALLAN JAMES JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-452 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| ALLAN JAMES JOHNSTON, | DATE:   February 22, 2013 |
| Defendant. | TIME:   9:00 a.m. |
| | JUDGE:  Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and BENJAMIN D. GALLOWAY, Assistant Federal Defender, attorney for Defendant, ALLAN JAMES JOHNSTON, that the status conference set for Friday, January 25, 2013 be continued to Friday, February 22, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 22, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: January 22, 2013                 JOSEPH SCHLESINGER
                                        Acting Federal Defender


                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant

DATED: January 22, 2013                 BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Benjamin Galloway for
                                        MATTHEW SEGAL
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


<u>**O R D E R**</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

2

The Court orders that the time from the date of the parties stipulation, up to and including February 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the January 25, 2013 status conference shall be continued until February 22, 2013, at 9:00 a.m.

Dated:   January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge