1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for the UNITED STATES OF AMERICA

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  | CASE NO.  2:12-CR-452 GEB
12 |                Plaintiff,   | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING DISCOVERY**
13 | v.                          |
14 | ALLAN J. JOHNSTON,          |
15 |                Defendant.   |

16

17

18     WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of
19 certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings
20 in this matter;
21     WHEREAS, the parties recognize that the discovery materials contain personal identifying
22 information of innocent third parties;
23     WHEREAS, the parties agree that entry of a stipulated protective order is appropriate; and
24     WHEREAS, the defendant ALLAN JOHNSTON has counsel who wishes the opportunity to
25 review the discovery,
26     Defendant ALLAN JOHNSTON and Plaintiff United States of America, by and through their
27 counsel of record, hereby agree and stipulate as follows:
28

Stipulation and [Proposed] Protective Order Regarding Discovery

1

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. Defense Counsel shall not disclose any of the discovery to any person other than his client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of his client.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel agrees not to allow the Defendant to copy or record from the discovery any personal identifying information of any person other than the Defendant.

7. If Defense Counsel releases custody of any of the discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court.

7. In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees to be bound by this order.

///

///

///

///

Stipulation and [Proposed] Protective Order Regarding Discovery

2

8. Defense Counsel shall be responsible for advising his client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated: February 8, 2013                              Respectfully submitted,

                                                     BENJAMIN B. WAGNER
                                                     United States Attorney

                                         By:   /s/ Matt Segal
                                                     MATTHEW D. SEGAL
                                                     Assistant U.S. Attorney


                                         By:   /s/ Benjamin B. Galloway
                                                     BENJAMIN B. GALLOWAY
                                                     Assistant Federal Defender
                                                     Counsel for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED.

DATED: February 8, 2013.

                                                     _____
                                                     EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE