1  JOSEPH SCHLESINGER, Bar# 87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ALLAN JAMES JOHNSTON

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. 2:12-cr-452 GEB
                                   )
13              Plaintiff,         )  **STIPULATION AND [PROPOSED] ORDER**
                                   )  **TO CONTINUE STATUS CONFERENCE AND**
14       v.                        )  **EXCLUDE TIME**
                                   )
15  ALLAN JAMES JOHNSTON,          )
                                   )  DATE:   March 29, 2013
16              Defendant.         )  TIME:   9:00 a.m.
                                   )  JUDGE:  Hon. Garland E. Burrell
17  _____)

18

19       IT IS HEREBY STIPULATED by and between the parties hereto through

20  their respective counsel, MATTHEW SEGAL, Assistant United States

21  Attorney, attorney for Plaintiff, and BENJAMIN D. GALLOWAY, Assistant

22  Federal Defender, attorney for Defendant, ALLAN JAMES JOHNSTON, that

23  the status conference set for Friday, March 1, 2013 be continued to

24  Friday, March 29, 2013 at 9:00 a.m.

25       The reason for this continuance is to allow defense counsel

26  additional time to review discovery with the defendant, to examine

27  possible defenses and to continue investigating the facts of the case.

28  / / /

1  The parties stipulate that the ends of justice served by the granting

2  of such continuance outweigh the interests of the public and the

3  defendant in a speedy trial.

4     Speedy trial time is to be excluded from the date of this order

5  through the date of the status conference set for March 29, 2013,

6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

7  (Local Code T4).

8     AGREED:

9  DATED: February 27, 2013          JOSEPH SCHLESINGER
                                     Acting Federal Defender

10

11                                   /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
12                                   Attorney for Defendant

13 DATED: February 27, 2013          BENJAMIN WAGNER
                                     United States Attorney
14

15                                   /s/ Benjamin Galloway for
                                     MATTHEW SEGAL
16                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
17

18

19                          **O R D E R**

20     The Court, having received, read, and considered the stipulation of

21 the parties, and good cause appearing therefrom, adopts the stipulation

22 of the parties in its entirety as its order. The Court specifically

23 finds that the failure to grant a continuance in this case would deny

24 counsel reasonable time necessary for effective preparation, taking

25 into account the exercise of due diligence.  The Court finds that the

26 ends of justice to be served by granting the requested continuance

27 outweigh the best interests of the public and defendant in a speedy

28 trial.

1    The Court orders that the time from the date of the parties

2  stipulation, up to and including March 29, 2013, shall be excluded from

3  computation of time within which the trial of this case must be

4  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

5  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is

6  further ordered that the March 1, 2013 status conference shall be

7  continued until March 29, 2013, at 9:00 a.m.

8  Dated:  March 6, 2013

9

10  _____
   GARLAND E. BURRELL, JR.
11  Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28